**Opinion issued May 9, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-25-00302-CV

————————————————

## IN RE QUENTIN DERRY, SR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On April 29, 2025, relator Quentin Derry, Sr., filed a petition for writ of mandamus challenging two orders signed by the district court on March 18, 2025 entitled "Order Denying Intervenor's Motion to Disqualify Plaintiff's Counsel" and "Order Granting Plaintiff's Rule 12 Motion to Show Authority."[1] Relator further

---

[1] The underlying case is *Freddie Henson, Individually and on Behalf of R.D. and Estate of Renika Derry v. Brannon Industrial Group, LLC and David Oaks*, cause number 036427, pending in the 506th District Court of Grimes County, Texas, the Honorable Gary W. Chaney presiding.

asserts in the petition that the order granting the Rule 12 motion "effectively denied [his] written request for an abatement as included in his response in opposition to the Rule 12 motion." We deny the petition. Relator's motion to stay proceedings pending resolution of the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.